101

**WEILAND GOLDEN GOODRICH LLP**
David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone     714-966-1000
Facsimile     714-966-1002

Counsel for
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>AME ZION WESTERN EPISCOPAL DISTRICT,<br><br>        Debtor. | Case No. 20-23726-A-11<br><br>DCN: WGG-3<br><br>Chapter 11<br><br>Adv. No. 21-02035-A-11 |
| JEFFREY I. GOLDEN, solely in his capacity as chapter 11 trustee of the bankruptcy estate of AME Zion Western Episcopal District,<br><br>        Plaintiff,<br><br>STACCATO KEITHAN POWELL, II, an individual, and SUSAN ELIZABETH NICOLE POWELL, an individual,<br><br>        Defendants. | **EXHIBITS TO MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS STACCATO KEITHAN POWELL, II, AND SUSAN ELIZABETH NICOLE POWELL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55, AS INCORPORATED BY BANKRUPTCY RULE 7055, AND LOCAL BANKRUPTCY RULE 7055-1**<br><br>Hearing Date, Time and Location:<br><br>Date:  September 13, 2021<br>Time:  1:30 p.m.<br>Dept:  501 I Street, 7th Fl.<br>          Courtroom 28<br>          Sacramento, CA<br><br>Judge:  Honorable Fredrick E. Clement |

| 1 | Exhibit 1 | Wire Transfer | Page 3 |
| 2 | Exhibit 2 | General Warranty Deed | Page 4 |
| 3 | Exhibit 3 | Complaint | Page 6 |
| 4 | Exhibit 4 | Proof of Service of Summons and Complaint | Page 14 |
| 5 | Exhibit 5 | Entries of Default | Page 19 |
| 6 | Exhibit 6 | Amended Schedule A/B and Statement of Financial Affairs | Page 23 |
| 8 | Exhibit 7 | Quickbooks Expenses | Page 42 |
| 9 | Exhibit 8 | Claim Nos. 17, 21 – 29, 31, 32 and 34 | Page 47 |

# EXHIBIT 1

WireDetail

**Bank of Stockton** — *Wire Detail Info*

| | |
|---|---|
| Date | 1/30/2018 12 00 00 AM |
| IMAD | 20180130 - QMGFT001 - 1001238 |

| ID | Category | Value |
|---|---|---|
| 1500 | Message Attributes | 3012110103P |
| 1510 | Type Code | 1000 |
| 2000 | Amount | 000005053414 |
| 3100 | Sender FI - ABA | 121101037 |
| 3100 | Sender FI - Short Name | BK STOC STOC |
| 3320 | Sender Reference | 201801304020 |
| 3400 | Receiver FI - ABA | 053101121 |
| 3400 | Receiver FI - Short Name | BB&T NC |
| 3600 | Business Code | CTR |
| 4200 | Beneficiary - ID Code | D |
| 4200 | Beneficiary - Identifier | 0005102253509 |
| 4200 | Beneficiary - Name | WALTER D PALMER |
| 5000 | Originator - ID Code | D |
| 5000 | Originator - Identifier | 1225008489 |
| 5000 | Originator - Name | SANDRA DAVIS |
| 5000 | Originator - Address 1 | 8408 LOIRE CT |
| 5000 | Originator - Address 2 | STOCKTON CA 95209 |
| 6000 | Originator to Beneficiary Information - Info 1 | YR BRANCH TRUST COMPANY COURTHOUSE |
| 6000 | Originator to Beneficiary Information - Info 2 | BRANCH 810 PINCKNEY STREET |
| 6000 | Originator to Beneficiary Information - Info 3 | WHITEVILLE NORTH CAROLINA 28472 |
| 6500 | FI to FI Information - Info 1 | HALLSBORO PROPERTY |

**390**

EXHIBIT 1     PAGE 3

# EXHIBIT 2

Book 1172 Page 913



**2018000629**
COLUMBUS CO, NC FEE $26.00
STATE OF NC REAL ESTATE EXTX
**$100.00**
PRESENTED & RECORDED:
02-09-2018 02:34:48 PM
KANDANCE H. BULLOCK
REGISTER OF DEEDS
BY: RITA M. KNOX
DEPUTY
**BK: RB 1172**
**PG: 913-914**

**THIS INSTRUMENT PREPARED BY WALTER D. PALMER, ATTORNEY,**
**706 N. MADISON STREET, P.O. BOX 749, WHITEVILLE, NORTH CAROLINA, 28472**

REVENUE STAMPS: $ 100.00        PROPERTY NUMBER: #0018637

STATE OF NORTH CAROLINA

COUNTY OF COLUMBUS        **GENERAL WARRANTY DEED**

*TAX INFORMATION RECEIVED*
*TAX SUPERVISOR*
*BY*

**THIS DEED**, made this the 8th day of FEBRUARY, 2018, by and between:

| GRANTOR | GRANTEE |
|---|---|
| **GILES BYRD AND SON, INC.** (a North Carolina Corporation) | **STACCATO KEITHAN POWELL, II** and his sister **SUSAN ELIZABETH NICOLE POWELL** |
| **1941 GILES BYRD ROAD** **HALLSBORO, NC 28442** | **P.O. BOX 124** **HALLSBORO, NC 28442** |

    The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

    **WITNESSETH.** That the Grantor, in consideration of Ten Dollars and other valuable considerations to it paid by said Grantee, the receipt of which is hereby acknowledged, has bargained and sold, and by these presents does hereby grant, bargain, sell and convey to said Grantee in fee simple a certain tract or parcel of land in Bogue Township, Columbus County, State of North Carolina, and bounded and described as follows:

    BEING ALL of that <u>14.02 acre tract of land</u>, more or less, total (13.36 acres, more or less, exclusive of right-of-way), the same being shown on that plat entitled "SURVEY FOR TROY A. RUTLEDGE", dated March 20, 1997, by Soles & Walker, P.A., R.L.S., said plat being recorded in <u>Plat Book 62, Page 37</u>, Columbus County Registry. Reference is made to said plat for a more complete and accurate description of the premises described herein. Reference is also made to deed recorded in Book 425, Page 983, Columbus County Registry.

    This conveyance is made subject to that twenty four foot wide easement as shown on said plat referred to above and as recorded in Deed Book 246, Page 353, Columbus County Registry, and all recorded utility and highway right of way of record.

EXHIBIT 2     PAGE 4

Being the same property conveyed from Billy Dale Blackmon, divorced, to Troy A. Rutledge and wife, Judith E. Rutledge, by deed dated March 20, 1997, and recorded in Deed Book 525, Page 44, Columbus County Registry.

Being the same property conveyed by Judith Emma Rutledge, as Executor of the Estate of Troy Alton Rutledge, and Judith E. Rutledge, widow, to Judith Emma Rutledge, by Deed dated August 19, 2011, recorded in Book 1014, Page 820, (PARCEL TWO) Columbus County Registry.

Also being the same property conveyed by Judith Emma Rutledge, widow, to Giles Byrd and Son, Inc., by Deed dated April 14, 2016, recorded in Book 1129, Page 196, Columbus County Registry.

      **TO HAVE AND TO HOLD** the aforesaid tract or parcel of land, and all privileges and appurtenances thereto belonging to said Grantee in fee simple.

      And the Grantor covenants with the Grantee, that the Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that the Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions stated:  **Right of Ways and Utility Easements of record; 2018 Columbus County property taxes to be paid by the Grantee.**

      **IN TESTIMONY WHEREOF**, the Grantor has duly executed the foregoing as of the day and year first above written.

**GILES BYRD AND SON, INC.**

_____ (SEAL)
**GILES E. BYRD, PRESIDENT**

---

[  ] If checked, the property includes the primary residence of at least one of the Grantors. *(N.C.G.S. § 105-317.2)*

---

STATE OF NORTH CAROLINA
COUNTY OF COLUMBUS

I, Walter O. Palmer , a Notary Public of Columbus County, North Carolina, certify that GILES E. BYRD, President of GILES BYRD AND SON, INC.,  personally appeared before me this day and acknowledged the due execution of the foregoing instrument on behalf of the Corporation. Witness my hand and official stamp or seal, this 8th day of FEBRUARY, 2018.

_____
Walter O. Palmer  Notary Public
(print/type notary name)

My Commission Expires: 3-13-2018

NORTH CAROLINA  COLUMBUS COUNTY
The foregoing or annexed certificate(s) of
Walter D. Palmer
Notary(s) (as) Public (has) (have) been verified to have a signature, seal or stamp, and expiration date. This Instrument and th certificate are duly registered at the Date and time and in the book and page shown on the first page thereof.

Kandance H. Bullock
Register of Deeds
Rita M. Knox
By: Asst./Deputy Register of Deeds

ReTTo: Walter Palmer
Atty

EXHIBIT 2     PAGE 5

# EXHIBIT 3



1  **WEILAND GOLDEN GOODRICH LLP**
   David M. Goodrich, State Bar No. 208675
2  dgoodrich@wgllp.com
   Ryan W. Beall, State Bar No. 313774
3  rbeall@wgllp.com
   650 Town Center Drive, Suite 600
4  Costa Mesa, California 92626
   Telephone    714-966-1000
5  Facsimile    714-966-1002

6  Counsel for
   Chapter 11 Trustee
7

8                **UNITED STATES BANKRUPTCY COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                    **SACRAMENTO DIVISION**

11  In re                               Case No. 20-23726-A-11
12
    AME ZION WESTERN EPISCOPAL          Chapter 11
13  DISTRICT,
                                        Adv. No.
14          Debtor.
                                        **COMPLAINT:**
15
    JEFFREY I. GOLDEN, solely in his       **(1) AVOIDANCE OF FRAUDULENT**
16  capacity as chapter 11 trustee of the      **TRANSFER PURSUANT TO 11**
    bankruptcy estate of AME Zion Western      **U.S.C. § 544(b) AND CAL. CIV.**
17  Episcopal District,                        **CODE § 3439.04(a)(1);**
                                            **(2) AVOIDANCE OF FRAUDULENT**
18          Plaintiff,                         **TRANSFER PURSUANT TO 11**
                                               **U.S.C. § 544 AND CAL. CIV. CODE**
19                                             **§ 3439.04(a)(2);**
                                            **(3) AVOIDANCE OF FRAUDULENT**
20  STACCATO KEITHAN POWELL, II, an            **TRANSFER PURSUANT TO 11**
    individual, and SUSAN ELIZABETH            **U.S.C. § 544 AND CAL. CIV. CODE**
21  NICOLE POWELL, an individual,              **§ 3439.05; AND**
                                            **(4) RECOVERY OF FRAUDULENT**
22          Defendants.                        **TRANSFER PURSUANT TO 11**
                                               **U.S.C. § 550 AND CAL. CIV. CODE**
23                                             **§ 3439.07;**
                                            **(5) PRESERVATION OF TRANSFER**
24                                             **AVOIDED UNDER 11 U.S.C. § 551;**
                                               **and**
25                                          **(6) QUIET TITLE**
26
27
28
    1326404.1                                              COMPLAINT

EXHIBIT 3     PAGE 6

**TO DEFENDANTS:**

Plaintiff Jeffrey I. Golden, the duly appointed, qualified and acting Chapter 11 trustee ("Trustee") for the bankruptcy estate ("Estate") of AME Zion Western Episcopal District ( "Debtor"), hereby files this complaint: (1) To Avoid Fraudulent Transfer Pursuant to 11 U.S.C. § 544(b) and Cal. Civ. Code 3439.04(a)(1); (2) To Avoid Fraudulent Transfer Pursuant to 11 U.S.C. § 544(b) and Cal. Civ. Code § 3439.04(a)(2); (3) To Avoid Fraudulent Transfer Pursuant to 11 U.S.C. § 544 and Cal. Civ. Code § 3439.05; (4) For Recovery of Avoided Transfers Under 11 U.S.C. § 550 and Cal. Civ. Code § 3439.07; (5) Preservation of Transfer for the Benefit of the Estate Pursuant to 11 U.S.C. § 551; and (6) For Quiet Title ("Complaint") against Staccato Keithan Powell, II, an individual, and Susan Elizabeth Nicole Powell, an individual (each a "Defendant" and collectively the "Defendants"), and alleges that:

### STATEMENT OF JURISDICTION AND VENUE

1. The Bankruptcy Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §1334, 11 U.S.C. §§ 105, 550 and 551. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (E), (H) and (O).

2. The Bankruptcy Court has constitutional jurisdiction to enter a final judgment in this adversary proceeding. To the extent the Court does not have constitutional jurisdiction to enter a final judgment, the Plaintiff consents to the Court entering a final judgment in this proceeding.

3. Venue properly lies in this judicial district in that the civil proceeding arises under title 11 of the United States Code as provided in 28 U.S.C. § 1409.

4. This adversary proceeding arises out of and relates to the case entitled *In re AME Zion Western Episcopal District,* Case No. 20-23726-A-11, filed on July 30, 2020, and currently pending in the United States Bankruptcy Court, Eastern District of California, Sacramento Division.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

EXHIBIT 3     PAGE 7

**STATEMENT OF STANDING**

5.      Debtor filed a Chapter 11 bankruptcy petition on July 30, 2020 ("Petition Date").

6.      Plaintiff was subsequently appointed as the duly qualified and acting Chapter 11 trustee of the Debtor's Estate by order entered by the Court on March 1, 2021.

7.      Plaintiff has standing to bring this action pursuant to 11 U.S.C. §§ 544 and 550.

**PARTIES TO THE ACTION**

8.      Plaintiff is the duly appointed, qualified and acting Chapter 11 trustee for the Debtor's Estate.  This action is brought by Plaintiff in his representative capacity only.

9.      Plaintiff is informed, believes, and alleges that Staccato Keithan Powell, II is an individual residing in North Carolina with a mailing address of PO Box 124, Hallsboro, North Carolina 28442 and son of Bishop Staccato Powell, former CEO of the Debtor.

10.     Plaintiff is informed, believes, and alleges that Susan Elizabeth Nicole Powell is an individual residing in North Carolina with a mailing address of PO Box 124, Hallsboro, North Carolina 28442 and daughter of Bishop Staccato Powell, former CEO of the Debtor

**GENERAL ALLEGATIONS**

11.     Plaintiff realleges and incorporates each and every allegation contained in paragraphs 1 through 10 as though fully set forth herein.

12.     Plaintiff is informed, believes, and alleges that the Debtor did not list the real property located at 681 Honey Hill Road, Hallsboro, North Carolina 28442 ("Property") in its Schedule A/B.

13.     Plaintiff is informed, believes, and alleges that title to the Property is held in the name of the Defendants, who acquired the Property on February 8, 2018, from Giles Byrd and Son by General Warranty Deed.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1326404.1        3        COMPLAINT

EXHIBIT 3     PAGE 8

1    14.    Plaintiff is informed, believes, and alleges that on or about January 30, 2018,

2    the Debtor sent a wire transfer in the amount of $50,564.14 to Walter Palmer in

3    connection with a transaction referred to as the "Hallsboro property" ("Wire Transfer").

4    15.    Plaintiff is informed, believes, and alleges that the Wire Transfer was a

5    transfer of the Debtor's funds for the purchase of the Property for the Defendants,

6    relatives of Bishop Staccato Powell, the CEO at that time of the Debtor, and as a result,

7    the Wire Transfer effectively transferred title in the Property from the Debtor to the

8    Defendants ("Transfer").

9    16.    Plaintiff is informed, believes, and alleges that the Debtor received no

10    benefit or consideration in exchange for the Wire Transfer.

11    **FIRST CLAIM FOR RELIEF**

12    **(Avoidance of Fraudulent Transfer Pursuant to 11 U.S.C. § 544**

13    **and Cal. Civ. Code § 3439.04(a)(1))**

14    17.    Plaintiff incorporates each and every allegation contained in paragraphs 1

15    through 16, as though fully set forth herein.

16    18.    Plaintiff is informed and believes and on that basis alleges that the Transfer

17    occurred within four years of the Petition Date.

18    19.    Plaintiff is informed and believes and on that basis alleges that the Transfer

19    was made with the actual intent to hinder, delay or defraud an existing or future creditor of

20    the Debtor. By acquiring the Property in Defendants' name, the Property was protected

21    from claims of creditors of the Debtor.

22    20.    Plaintiff is informed and believes and on that basis alleges that creditors

23    existed at the time of the Transfer that remained unpaid as of the Petition Date.

24    21.    Plaintiff is informed and believes and on that basis alleges that the Debtor

25    made the Transfer to or for the benefit of the Defendants.

26    22.    Plaintiff is informed and believes and on that basis alleges that the Wire

27    Transfer enabled the Property to be acquired by the Defendants, relatives of the Debtor's

28    then-CEO, Bishop Staccato Powell.

*Weiland Golden Goodrich LLP*
*650 Town Center Drive, Suite 600*
*Costa Mesa, California 92626*
*Tel 714-966-1000  Fax 714-966-1002*

EXHIBIT 3    PAGE 9

23.    Plaintiff is informed and believes and on that basis alleges that this Transfer was not disclosed by the Debtor's bankruptcy petition or schedules.

24.    Plaintiff is informed and believes, and on that basis alleges that Debtor was insolvent at the time of the Transfer and/or was rendered insolvent by virtue of the Transfer.

25.    Plaintiff is informed and believes and on that basis alleges that Debtor did not receive reasonably equivalent value for the Transfer.

26.    By reason of the foregoing, the Transfer is avoidable pursuant to 11 U.S.C. 11 U.S.C. § 544 and Cal. Civ. Code § 3439.04(a)(1).

## SECOND CLAIM FOR RELIEF

**(Avoidance of Fraudulent Transfer Pursuant to 11 U.S.C. § 544**

**and Cal. Civ. Code § 3439.04(a)(2)**

27.    Plaintiff incorporates each and every allegation contained in paragraphs 1 through 26, as though fully set forth herein.

28.    Plaintiff is informed and believes and on that basis alleges that the Transfer was made on behalf of the Defendants, and for the benefit of the Defendants, who did not provide the Debtor with reasonably equivalent value in exchange for the Transfer.

29.    Plaintiff is informed and believes and on that basis alleges that the Debtor was insolvent on the date of the Transfer or became insolvent as a result of the Transfer.

30.    Plaintiff is informed and believes and on that basis alleges that Debtor intended to incur, or reasonably should have believed that it would incur, debts beyond its ability to pay as they became due.

31.    Plaintiff is informed and believes and on that basis alleges that Debtor received absolutely nothing as a result of the Transfer, and instead gifted the Property to the Defendants by way of the Wire Transfer.

32.    By reason of the foregoing, the Transfer is avoidable pursuant to 11 U.S.C. § 544 and Cal. Civ. Code § 3439.04(a)(2).

/ / /

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

EXHIBIT 3    PAGE 10

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

**THIRD CLAIM FOR RELIEF**

**(Avoidance of Fraudulent Transfer Pursuant to 11 U.S.C. § 544**

**and Cal. Civ. Code § 3439.05)**

33.     Plaintiff incorporates each and every allegation contained in paragraphs 1 through 32, as though fully set forth herein.

34.     Plaintiff is informed and believes, and on that basis alleges that Debtor did not receive equivalent value for the Transfer that led to the acquisition of the Property by the Defendants. Defendants own the Property but no payments or other consideration was ever made to the Debtor who made the purchase payment on the Property through the Wire Transfer.

35.     Plaintiff is informed and believes, and on that basis alleges that Debtor was insolvent at the time of the Transfer or became insolvent as a result of the Transfer.

36.     By reason of the foregoing, the Transfer is avoidable pursuant is avoidable under 11 U.S.C. § 544 and Cal. Civ. Code § 3439.05.

**FOURTH CLAIM FOR RELIEF**

**(Recovery of Avoided Transfers Pursuant to 11 U.S.C. § 550**

**and Cal. Civ. Code § 3439.07)**

37.     Plaintiff incorporates each and every allegation contained in paragraphs 1 through 36, as though fully set forth herein.

38.     Plaintiff is entitled to avoid the Transfer pursuant to Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), and 3439.05.

39.     Plaintiff is entitled to recover from Defendants the value of the Property that was obtained as a direct result of the Wire Transfer or such other amount as to be proven at trial.

**FIFTH CLAIM FOR RELIEF**

**(Preservation of Transfer Avoided Under 11 U.S.C. § 551)**

40.     Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 39 as though set forth in full herein.

EXHIBIT 3     PAGE 11

1    41.    Pursuant to 11 U.S.C. § 551, if the Transfer is avoided, the Transfer is

2    preserved for the benefit of the Estate.

3                              **SIXTH CLAIM FOR RELIEF**

4                                   **(Quiet Title)**

5    42.    Plaintiff realleges and incorporates by reference each and every allegation

6    contained in paragraphs 1 through 41 as though set forth in full herein.

7    43.    Plaintiff is informed and believes and based thereon alleges that at all times

8    herein mentioned, the Debtor is the rightful owner of the Property.

9    44.    Plaintiff is informed and believes and based thereon alleges that Defendants

10   claim an interest in the Property adverse to the Debtor.

11   45.    Plaintiff seeks a declaration that title to the Property is vested in the name of

12   the Debtor and that Defendants be declared to have no estate, right, title or interest in the

13   subject property and that Defendants be forever enjoined from asserting any estate, right,

14   title, or interest in the Property adverse to the Debtor.

15   **WHEREFORE**, the Plaintiff prays that this Court enter a judgment against the

16   Defendant as follows:

17                            **On the First Claim for Relief**

18   1.    For judgment that the Transfer is avoided and/or providing any other remedy

19   available under applicable law.

20                           **On the Second Claim for Relief**

21   2.    For judgment that the Transfer is avoided and/or providing any other remedy

22   available under applicable law.

23                            **On the Third Claim for Relief**

24   3.    For judgment that the Transfer is avoided and/or providing any other remedy

25   available under applicable law.

26                           **On the Fourth Claim for Relief**

27   4.    For judgment that the Transfer is avoided and/or providing any other remedy

28   available under applicable law.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

EXHIBIT 3    PAGE 12

1　　　　　　　　　**On the Fifth Claim for Relief**

2　　　6.　　For judgment avoided and preserving the Transfer for the benefit of the

3　Estate pursuant to 11 U.S.C. § 551.

4　　　　　　　　　**On the Sixth Claim for Relief**

5　　　7.　　For a declaration that title to the Property is vested in the name of the Debtor

6　and that Defendants be declared to have no estate, right, title or interest in the subject

7　property and that Defendants be forever enjoined from asserting any estate, right, title, or

8　interest in the Property adverse to the Debtor.

9　　　　　　　　　**On All Claims for Relief**

10　　　8.　　For judgment awarding the Plaintiff his costs and attorneys' fees incurred in

11　this proceeding.

12　　　9.　　For judgment awarding pre-judgment and post-judgment interest at the

13　maximum legal rate; and

14　　　10.　　For judgment awarding such other and further relief as the Court deems just

15　and proper.

16　　　　　　　　　Respectfully submitted,

17　Dated:  May 25, 2021　　　　　WEILAND GOLDEN GOODRICH LLP

18

19　　　　　　　　　By:　*/s/ David M. Goodrich*
　　　　　　　　　　　DAVID M. GOODRICH
20　　　　　　　　　　Attorneys for Jeffrey I. Golden,
　　　　　　　　　　　Chapter 11 Trustee

21

22

23

24

25

26

27

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

EXHIBIT 3　　PAGE 13

# EXHIBIT 4

EDC.002–830sA    **Summons and Notice of Status Conference in an Adversary Proceeding** (v.10.20)    USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California,  Sacramento Division

## SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| | | |
|---|---|---|
| In re<br><br>AME Zion Western Episcopal District<br><br>Debtor(s). | | **Bankruptcy Case No.**<br><br>20–23726 – A |
| Jeffrey I Golden<br><br>v.<br>Staccato Keithan Powell II<br>et al.<br><br>Defendant(s). | Plaintiff(s), | **Adversary Proceeding No.**<br><br>21–02035 – A |

 **YOU ARE SUMMONED** and required to file a written motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court, 501 I Street, Suite 3–200, Sacramento, California 95814–2322, within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days.

Plaintiff and a defendant may stipulate to only one extension of time for that defendant to file an answer or motion in response to the complaint, and such stipulation shall: (1) be in writing; (2) be filed with the Court; (3) be for a period not greater than 30 days from the original time above to respond to the complaint. All further extensions must be by order of the Court.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is:

| Name and Address of Plaintiff's Attorney: | David M. Goodrich<br>650 Town Center Dr. Suite 600<br>Costa Mesa, CA 92626 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

 **YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| Date and Time: | 7/20/21 at 01:30 PM |
|---|---|
| Address: | United States Bankruptcy Court<br>Courtroom 28, 7th Floor<br>501 I Street<br>Sacramento, CA |
| Hearing Judge: | Hon.  Fredrick E. Clement |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least 24 hours prior to the status conference.

 **IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

 **The summons and complaint must be served 7 days after the summons is issued. Service is complete upon mailing, not upon delivery by the Postal Service. If more than 7 days pass before service is completed, plaintiff(s) must request that the court issue a new summons for service. See Fed. R. Bankr. P. 7004(e) and 9006 (e).**

Date of Issuance:    5/25/21



s/ Wayne Blackwelder, Clerk

EXHIBIT 4     PAGE 14

EDC 2–830sA (v.10.20)  (Continued)

| In re  AME Zion Western Episcopal District  Debtor(s). | **Bankruptcy Case No.**  20–23726 – A |
|---|---|
| Jeffrey I Golden  Plaintiff(s),  v.  Staccato Keithan Powell II  Susan Elizabeth Nicole Powell  Defendant(s). | **Adversary Proceeding No.**  21–02035 – A |

EXHIBIT 4    PAGE 15

EDC 2–830sA (v.10.20)  (Continued)

| In re<br><br>AME Zion Western Episcopal District<br><br>                                         Debtor(s). | Bankruptcy Case No.<br><br>20–23726 – A |
|---|---|
| Jeffrey I Golden<br><br>                           Plaintiff(s),<br><br>v.<br>Staccato Keithan Powell II<br>et al.<br><br>                         Defendant(s). | Adversary Proceeding No.<br><br>21–02035 – A |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above–captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on __06/01/2021__, by:
__X__ MAIL SERVICE: Regular, first class United States mail, postage fully pre–paid, addressed to:

____ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

____ RESIDENCE SERVICE: By leaving the process with the following adult at:

____ PUBLICATION: The defendant was served as follows [describe briefly]:

____ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

__06/01/2021_____     _____
Date                                        Signature

Print Name: __Lindsay Bracken_____
Business Address: __Weiland Golden Goodrich LLP 650 Town Center Drive Suite 600__
City, State, Zip: __Costa Mesa, CA 92626_____

EXHIBIT 4    PAGE 16

EDC 2–830sA (v.10.20)  (Continued)

| In re<br><br>AME Zion Western Episcopal District<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>20–23726 – A – 11 |
|---|---|
| Jeffrey I Golden<br><br>Plaintiff(s),<br><br>v.<br>Staccato Keithan Powell II<br>Susan Elizabeth Nicole Powell<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>21–02035 – A |

EXHIBIT 4    PAGE 17

**SERVED BY UNITED STATES MAIL:**
Susan Elizabeth Nicole Powell
PO Box 124,
Hallsboro, North Carolina 28442

Staccato Keithan Powell, II
PO Box 124,
Hallsboro, North Carolina 28442

Susan Elizabeth Nicole Powell
681 Honey Hill Road,
Hallsboro, North Carolina 28442

Staccato Keithan Powell, II
681 Honey Hill Road,
Hallsboro, North Carolina 28442

EXHIBIT 4    PAGE 18

# EXHIBIT 5

1     UNITED STATES BANKRUPTCY COURT
          EASTERN DISTRICT OF CALIFORNIA
2

3   In re:                              )
    AME ZION WESTERN EPISCOPAL DISTRICT, )   Case No. 20-23726-A-11
4                                        )
                                         )
5                                        )   ┌─────────────────────────┐
                                         )   │        **FILED**          │
6              Debtor(s).                )   │                          │
    ──────────────────────────────      )   │      JUL 20 2021          │
7   JEFFREY I. GOLDEN, solely in his     )   │                          │
    capacity as chapter 11 trustee of    )   │ UNITED STATES BANKRUPTCY COURT │
8   the bankruptcy estate of AME Zion    )   │  EASTERN DISTRICT OF CALIFORNIA │
    Western Episcopal District,          )   └─────────────────────────┘
9                                        )   Adversary No. 21-02035-A
                                         )   DCN: WGG-1
10             Plaintiff(s),             )
                                         )
11  vs.                                  )
    STACCATO KEITHAN POWELL, II, an      )
12  individual, and SUSAN ELIZABETH      )
    NICOLE POWELL, an individual,        )
13                                       )
               Defendant(s).             )
14  ──────────────────────────────      )

15      **ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES**
    *(This form is to be used for a single defendant only.  If you have*
16  *multiple defendants, please submit a separate form for each.)*

17      It appears from the record that defendant Staccato Keithan

18  Powell, II _____ failed to

19  plead or otherwise defend in this proceeding as required by law.

20      Therefore, default is entered against defendant

21  Staccato Keithan Powell, II _____

22  as authorized by Federal Rule of Civil Procedure 55 as incorporated by

23  Federal Rule of Bankruptcy Procedure 7055.

24      The validity of service will also be considered by the court in

25  connection with the entry of Default Judgment.

26      ( )  Plaintiff(s) shall apply for a default judgment within 30

27  days of the date of this order.  A "prove-up" hearing shall be

28  scheduled on the court's regular law and motion calendar on notice to

RECEIVED
July 15, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
006994862
    EDC 003-727 (Rev. 12/16/14)

EXHIBIT 5    PAGE 19

1   the defendant pursuant to Local Rule 9014-1.  The request for default

2   judgment may be supported by affidavit in lieu of live testimony.

3   Failure to comply with this order may result in the imposition of

4   sanctions pursuant to Fed.R.Civ.P. 16(f), including, without

5   limitation, dismissal of this adversary proceeding without further

6   notice or hearing.

7        (X) Plaintiff(s) shall apply for a default judgment within 30 days

8   of the date of this order.  The motion need not be set for hearing but

9   shall be filed and served on the defendant.  The motion shall be

10  supported by declarations or affidavits or other admissible evidence

11  establishing liability and a right to the relief requested.  A proposed

12  "Default Judgment" for the court's signature shall be lodged with the

13  motion.  See Bankruptcy Rule 7055(b).  Failure to comply with this

14  order may result in the imposition of sanctions pursuant to Federal

15  Rule of Civil Procedure 16(f) and 41(b), including, without limitation,

16  dismissal of this adversary proceeding without further notice or

17  hearing.

18       ( ) Plaintiff(s) shall file supplemental declaration(s)

19  documenting the source of the address(es) used for service of

20  defendant.

21       ( ) Plaintiff need not seek entry of judgment until resolution of

22  the adversary proceeding as to all other parties. Fed. R. Civ. P.

23  54(b), incorporated by Fed. R. Bankr. P. 7054.

24

25  Dated: 7/20/2021

26                              Wayne Blackwelder, Clerk
                                United States Bankruptcy Court
27

28                              By: V. Castaneda
                                Deputy Clerk

EDC 003-727 (Rev. 12/16/14)

EXHIBIT 5    PAGE 20

1        UNITED STATES BANKRUPTCY COURT
         EASTERN DISTRICT OF CALIFORNIA
2

3   In re:                              )
                                        )   Case No. 20-23726-A-11
4   AME ZION WESTERN EPISCOPAL DISTRICT,)
                                        )
5                                       )   ┌─────────────────────────┐
                                        )   │        **FILED**        │
6              Debtor(s).               )   │                         │
                                        )   │      JUL 20 2021         │
7   ─────────────────────────────────  )   │                         │
    JEFFREY I. GOLDEN, solely in his    )   │ UNITED STATES BANKRUPTCY COURT │
8   capacity as chapter 11 trustee of   )   │ EASTERN DISTRICT OF CALIFORNIA │
    the bankruptcy estate of AME Zion   )   └─────────────────────────┘
9   Western Episcopal District,         )   Adversary No. 21-02035-A
                                        )   DCN: WGG-2
10             Plaintiff(s),            )
                                        )
11  vs.                                 )
                                        )
    STACCATO KEITHAN POWELL, II, an     )
12  individual, and SUSAN ELIZABETH     )
    NICOLE POWELL, an individual,       )
13                                      )
               Defendant(s).            )
14  ─────────────────────────────────  )

15      **ENTRY OF DEFAULT AND ORDER RE: DEFAULT JUDGMENT PROCEDURES**
    *(This form is to be used for a single defendant only.  If you have*
16  *multiple defendants, please submit a separate form for each.)*

17      It appears from the record that defendant  Susan Elizabeth

18  Nicole Powell                                              failed to

19  plead or otherwise defend in this proceeding as required by law.

20      Therefore, default is entered against defendant

21  Susan Elizabeth Nicole Powell

22  as authorized by Federal Rule of Civil Procedure 55 as incorporated by

23  Federal Rule of Bankruptcy Procedure 7055.

24      The validity of service will also be considered by the court in

25  connection with the entry of Default Judgment.

26      ( )  Plaintiff(s) shall apply for a default judgment within 30

27  days of the date of this order.  A "prove-up" hearing shall be

28  scheduled on the court's regular law and motion calendar on notice to

┌──────────────────────────┐
│ RECEIVED                  │
│ July 15, 2021             │  EDC 003-727  (Rev. 12/16/14)
│ CLERK, U.S BANKRUPTCY COURT │
│ EASTERN DISTRICT OF CALIFORNIA │
│ 0006994870                │
└──────────────────────────┘

EXHIBIT 5    PAGE 21

1 | the defendant pursuant to Local Rule 9014-1. The request for default
2 | judgment may be supported by affidavit in lieu of live testimony.
3 | Failure to comply with this order may result in the imposition of
4 | sanctions pursuant to Fed.R.Civ.P. 16(f), including, without
5 | limitation, dismissal of this adversary proceeding without further
6 | notice or hearing.
7 | (X) Plaintiff(s) shall apply for a default judgment within 30 days
8 | of the date of this order. The motion need not be set for hearing but
9 | shall be filed and served on the defendant. The motion shall be
10 | supported by declarations or affidavits or other admissible evidence
11 | establishing liability and a right to the relief requested. A proposed
12 | "Default Judgment" for the court's signature shall be lodged with the
13 | motion. _See_ Bankruptcy Rule 7055(b). Failure to comply with this
14 | order may result in the imposition of sanctions pursuant to Federal
15 | Rule of Civil Procedure 16(f) and 41(b), including, without limitation,
16 | dismissal of this adversary proceeding without further notice or
17 | hearing.
18 | ( ) Plaintiff(s) shall file supplemental declaration(s)
19 | documenting the source of the address(es) used for service of
20 | defendant.
21 | ( ) Plaintiff need not seek entry of judgment until resolution of
22 | the adversary proceeding as to all other parties. Fed. R. Civ. P.
23 | 54(b), incorporated by Fed. R. Bankr. P. 7054.
24 |
25 | Dated: 7/20/2021
26 | Wayne Blackwelder, Clerk
United States Bankruptcy Court
27 |
28 | By: _V. Castaneda_
Deputy Clerk

EDC 003-727 (Rev. 12/16/14)

EXHIBIT 5    PAGE 22

# EXHIBIT 6

**Fill in this information to identify the case:**

Debtor name **AME Zion Western Episcopal District**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2020-23726**

■ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of Stockton | Business Checking | 8489 | $686.29 |
| 3.2. | Wells Fargo Bank, N.A. | Business Checking | 3525 | $178.53 |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $864.82 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.** Deposits, including security deposits and utility deposits
Description, including name of holder of deposit
**Security Deposit for residential lease in connection with:**

**Month-to-month residential lease agreement for 18675 Bonita Drive, Unit A, Morgan Hill, CA 95037.**
**Initial lease dates: 2/1/2019-2/28/2019**
**Monthly rent: $4,800.00**
**7.1. Security Deposit: $4,800.00**

| | $4,800.00 |
| --- | --- |

Debtor   **AME Zion Western Episcopal District**      Case number *(If known)* **2020-23726**
Name

---

**Security Deposit for residential lease in connection with:**

7.2.   **Month-to-month residential lease agreement for 18675 Bonita Drive, Unit B, Morgan Hill, CA 95037.**
**Initial lease dates: 9/1/2018-10/1/2018**
**Monthly rent: $1,700.00**
**Security Deposit: $1,650.00**      **$1,650.00**

---

**Security Deposit for nonresidential real property lease commonly known as 980 9th Street, Suite 2120, Sacramento CA**

7.3.   **Location of funds: GV/HI Park Tower, LLC (Landlord)**      **$5,108.75**

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**      **$11,558.75**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.   **Office furniture**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

| Debtor | **AME Zion Western Episcopal District** | Case number *(If known)* **2020-23726** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Office furniture: desks, chairs, conference table** | | |
| **Location: 980 9th Street, Suite 2120, Sacramento CA** | **$0.00**    N/A | **$1,500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| **$1,500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Fisher Chapel AME Zion**<br><br>**Location: 1607 E South Mountain Ave, Phoenix, AZ 85042 APN: 008-213-009-0111 Acres: 1.13 Sq ft.: 49,163** | Fee simple | $0.00 | Appraisal | $840,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 6     PAGE 25

| Debtor | **AME Zion Western Episcopal District** | | Case number *(If known)* **2020-23726** | | |
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **Greater Cooper AME Zion**<br><br>**Locations : 1414 Myrtle Street, Oakland, CA 94607 APN: 005-0383-017-00 Duplex used in connection with Greater Cooper AME Zion church** | Fee simple | $0.00 | Replacement | $700,000.00 |
| 55.3. | **First AME Zion**<br><br>**Location: 95 S 20th Street, San Jose, CA 95116 APN: 467-30-051** | Fee simple | $0.00 | N/A | $2,380,000.00 |
| 55.4. | **University AME Zion**<br><br>**Location: 3549 Middlefield Rd., Palo Alto, CA 94306 APN: 127-20-250 Acres: .97 Sq. ft. 42,282** | Fee simple | $0.00 | Appraisal | $7,200,000.00 |
| 55.5. | **Stewart Chapel AME Zion**<br><br>**Location: 536 Hurlingame Ave., Redwood City, CA 94063 APN: 054-244-340 Acres: .11 Sq. ft. 5,000** | Fee simple | $0.00 | N/A | $1,370,000.00 |
| 55.6. | **Kyles Temple AME Zion Church**<br><br>**Location: 2940 42nd St, Sacramento, CA 95817 APN: 014-0152-041-0000 Acres: 1.30 Sq. ft. 56,628** | Fee simple | $0.00 | N/A | $2,374,500.00 |
| 55.7. | **Stewart Tabernacle AME Zion Church**<br><br>**Location: 2208 S M.L.K. Jr Blvd, Fresno, CA 93706** | Fee simple | $0.00 | N/A | $690,000.00 |

Debtor    **AME Zion Western Episcopal District**        Case number *(If known)* **2020-23726**
_____        _____
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.8. | **First AME Zion Church**<br><br>**Location: 1449 W Adams Blvd, Los Angeles, CA 90007**<br>**APN: 5054-027-018**<br>**Acres: .77**<br>**Sq. ft. 33,634** | **Fee simple** | **$0.00** | **Replacement** | **$2,400,000.00** |
| 55.9. | **Shiloh AME. Zion Church**<br><br>**Location: 1017 & 1023 S Canyon Blvd, Monrovia, CA 91016**<br>**APN: 8515-018-029**<br>**Acres: .11**<br>**Sq. ft. 4,780** | **Fee simple** | **$0.00** | **N/A** | **$748,400.00** |
| 55.10. | **Single Family Residence Bishop's residence**<br><br>**Location: 9920 Los Lagos, Circle, Granite Bay CA 95746**<br>**APN: 035-330-053-000**<br>**Acres: .09**<br>**Sq. ft. 3,704**<br><br>**Value based on appraisal dated: 3/8/2017** | **Fee simple** | **$0.00** | **Appraisal** | **$1,489,000.00** |
| 55.11. | **Morgan Hill Parsonage Residential Property**<br>**Location: 18695 Bonita Drive, Morgan Hill, CA 95037**<br>**Acres: .06**<br>**Sq. ft. 2,750**<br><br>**Property has two rental units with two active month to month leases. See Schedule G.** | **Fee simple** | **$0.00** | **N/A** | **$1,600,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 6    PAGE 27

| Debtor | **AME Zion Western Episcopal District** | | Case number *(If known)* **2020-23726** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.12· | **Miracle Mountain A.M.E. Zion Church** **Location: 2535-2575 Vine St, Denver, CO 80205** **APN: 816027700** | Fee simple | $0.00 | N/A | $2,073,849.00 |
| 55.13· | **Nonresidential real property lease commonly known as 980 9th Street, Suite 2120, Sacramento CA** **Use: Office / Administration of Debtor** **Square feet: 1,525** **Term: 24 months, Effective 1/1/2019 Monthly base rent, 1-12: $4,959.25 Monthly base rent, 13-24: $5,108.75** | Lease Tenant | $0.00 | | $0.00 |
| 55.14· | **Greater Cooper AME Zion** **Locations : 1425 Myrtle St, Oakland, CA 94607** **APN: 005-0382-010-00** **Sq. ft. 2,121** **Duplex used in connection with Greater Cooper AME Zion church** | Fee simple | $0.00 | Replacement | $1,000,000.00 |
| 55.15· | **Greater Cooper AME Zion** **Locations : 1420 Myrtle Street, Oakland, CA 94607** **APN: 005-0383-018-00** **Duplex used in connection with Greater Cooper AME Zion church** | Fee simple | $0.00 | Replacement | $1,377,000.00 |

| 56. | **Total of Part 9.** | | $26,242,749.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

| Debtor | **AME Zion Western Episcopal District** | Case number *(If known)* **2020-23726** |
|---|---|---|
| | Name | |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** **Company website: www.wedamez.org** | **$0.00** | **N/A** | **Unknown** |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** | |

EXHIBIT 6    PAGE 29

Debtor    **AME Zion Western Episcopal District**                 Case number *(If known)* **2020-23726**
          Name

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Property Insurance policy for insured:**
      **AME Zion Western Episcopal District, Inc.**

      **Covers all real property and personal property located**
      **at: First A.M.E. Zion Church (Los Angeles, CA), First**
      **AME Church (San Jose, CA), Fisher Chapel (Phoenix,**
      **AZ), Hillard Chapel (Stockton, CA), Second AME Church**
      **(Inglewood, CA) and University AME (Palo Alto, CA),**
      **$2,500.00 Ded.**
      **Effective: 10/1/2019-10/1/2020**
      **Policy no. KTQ-CMB-2L62595-8-19**

      **Insurer : Travelers Excess and Surplus Lines Co**                          **Unknown**

      **Commercial Liability, Property, Auto and Umbrella**
      **Insurance policy for insured:**
      **AME Zion Western Episcopal District, Inc.**

      **Covers real property and personal property at Greater**
      **Cooper AME Zion (Oakland, CA), Kyles Temple AME**
      **Zion (Sacramento, CA), Shiloh AME Zion Church**
      **(Monrivia, CA), Stewart Chapel (Redwood City, CA),**
      **Single family residence located in Granite Bay, CA**

      **Effective: 10/1/2019-10/1/2020**
      **Policy no. PHPK2036200**

      **Insurer general and auto: Philadelphia Indemnity**
      **Insurance Company**
      **Insurer Directors and Officers Employement Practices**
      **Liability: Atlantic Specialty Insurance Company**                          **Unknown**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**
      **every nature, including counterclaims of the debtor and rights to**
      **set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                        **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor  **AME Zion Western Episcopal District**   Case number *(If known)*  **2020-23726**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $864.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,558.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $26,242,749.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,923.57 | + 91b. $26,242,749.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,256,672.57 |

| **Fill in this information to identify the case:** |
|---|

Debtor name    **AME Zion Western Episcopal District**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2020-23726**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **SBA loan- Paycheck Protection Program (PPP) Loan** | **$12,500.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. **Dr. Richard Ho**<br>**10438 Flora Vista Avenue**<br>**Cupertino, CA 95014** | **May:**<br>**$1,650.00**<br>**June:**<br>**$1,650.00**<br>**July:**<br>**$1,650.00** | **$4,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Monthly lease payments made directly by tenants for 18675 Bonita Drive Unit B, Morgan Hill, CA 95037** |

Debtor   **AME Zion Western Episcopal District**       Case number *(if known)* **2020-23726**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Dr. Richard Ho**<br>**10438 Flora Vista Avenue**<br>**Cupertino, CA 95014** | **May:**<br>**$4,800.00**<br>**June:**<br>**$4,800.00**<br>**July:**<br>**$4,800.00** | **$14,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Monthly lease**<br>**payments made directly by**<br>**tenants for 18675 Bonita Drive**<br>**Unit A, Morgan Hill, CA 95037** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Lance Evic, Jacol, LLC, Jeff Bleeker**<br>**8987 E. Tanque Verde Rd. Ste 309-274**<br>**Tucson, AZ 85749** | **Foreclosure on First AME Zion Church San Bernardino, CA**<br>**Location: 760 W 6th St, San Bernardino, CA 92410**<br>**Amount owed on loan: $768,235.83**<br><br>**Value based on current real estate listing of property.** | **02/25/2020** | **$1,100,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **AME Zion Western Episcopal District**      Case number *(if known)* **2020-23726**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **California TD Specialists as trustee on behalf of Yosemite Capital LLC vs. Debtor**<br>**TS No. 84880** | **Foreclosure against 3549 Middlefield Road, Palo Alto, CA 95209 scheduled for 9/25/2020** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Security Title Agency trustee on behalf of Socotra Capital, Inc. v. Debtor**<br>**TS No. 14200274** | **Foreclosure against 1607 E. South Mountain Ave., Phoenix, AZ 85042 scheduled for 7/31/2020** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.**   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor　**AME Zion Western Episcopal District**　　　　Case number *(if known)*　**2020-23726**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Gabriel Liberman, APC 1545 River Park Drive., STE 530 Sacramento, CA 95815** | **Attorney Fees** | **07/10/2020: $5,000 07/29/2020: $10,000 08/06/2020: $16,717.00** | **$30,000.00** |
| | **Email or website address attorney@4851111.com** | | | |
| | **Who made the payment, if not debtor? Winston Chapel Mission of the AME Zion Church** | | | |
| 11.2. | **Law Offices of Gabriel Liberman, APC 1545 River Park Drive., STE 530 Sacramento, CA 95815** | **Filing Fee** | **07/10/2020: $5,000 07/29/2020: $10,000 08/06/2020: $16,717.00** | **$1,717.00** |
| | **Email or website address attorney@4851111.com** | | | |
| | **Who made the payment, if not debtor? Winston Chapel Mission of the AME Zion Church** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Socotra Capital, Inc. 2208 29th Street, Suite 100 Sacramento, CA 95817** | **$75,000 or 2.5% Broker fee for $3 million dollar cross-collaterized secured loan.** | **12/17/2019** | **$75,000.00** |
| | **Relationship to debtor None** | | | |

Debtor   **AME Zion Western Episcopal District**                 Case number *(if known)* **2020-23726**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Church Capital Corporation 1101 Marina Village Pkwy, #201 Alameda, CA 94501** | **Loan origination fee in connection with $1.46M secured loan against 2535-2575 North Vine Street, Denver CO 80205** | **01/2020** | **$14,878.77** |
| | Relationship to debtor **None** | | | |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

Debtor    **AME Zion Western Episcopal District**      Case number *(if known)* **2020-23726**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor   **AME Zion Western Episcopal District**          Case number *(if known)* **2020-23726**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Theresa K. Donnelly, CPA**<br>**425 W Bonita Ave., Ste. 109**<br>**San Dimas, CA 91773-2542** | **9/20/2019-4/17/2020** |
| 26a.2.  **Sandra K. Davis**<br>**980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Bookkeeper from 2017-current** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Theresa K. Donnelly, CPA**<br>**425 W Bonita Ave., Ste. 109**<br>**San Dimas, CA 91773-2542** | **9/20/2019-4/17/2020** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Theresa K. Donnelly, CPA**<br>**425 W Bonita Ave., Ste. 109**<br>**San Dimas, CA 91773-2542** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.  **Socotra Capital, Inc.**<br>**2208 29th Street, Suite 100**<br>**Sacramento, CA 95817** |
| 26d.2.  **Church Capital Corporation**<br>**1101 Marina Village Pkwy, #201**<br>**Alameda, CA 94501** |

Debtor   **AME Zion Western Episcopal District**       Case number *(if known)* **2020-23726**

| Name and address | |
|---|---|
| 26d.3. | **Yosemite Capital LLC**<br>**c/o Tom Malgesini**<br>**225 Marvin Avenue**<br>**Los Altos, CA 94022** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Staccato Powel** | **980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lewis Clinton** | **980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Chief Operating Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sandra K. Davis** | **980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jawaad Love** | **980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sheila Quintana** | **980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Chief Financial Officer** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **AME Zion Western Episcopal District**      Case number *(if known)* **2020-23726**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Staccato Powel**<br>**980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **$1,000** | **4/24/2020** | **Business Expense Reimbursment** |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

EXHIBIT 6     PAGE 40

Debtor   **AME Zion Western Episcopal District**                     Case number *(if known)*  **2020-23726**

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 25, 2020**

**/s/ Lewis Clinton**                                    **Lewis Clinton**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# EXHIBIT 7

# Western Episcopal District

### Statement of Cash Flows

January - February, 2018

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Revenue | -984,728.77 |
| Adjustments to reconcile Net Revenue to Net Cash provided by operations: | |
| Uncategorized Asset | -10,432.94 |
| **Total Adjustments to reconcile Net Revenue to Net Cash provided by operations:** | **-10,432.94** |
| **Net cash provided by operating activities** | **$ -995,161.71** |
| **NET CASH INCREASE FOR PERIOD** | **$ -995,161.71** |
| Cash at beginning of period | 277,879.85 |
| **CASH AT END OF PERIOD** | **$ -717,281.86** |

EXHIBIT 7     PAGE 42

8/19/2021        Expenditure Transactions

# Western Episcopal District

**Type: All transactions · Status: All statuses · Delivery method: Any · Date: 01/01/2018 - 02/28/2018**

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 01/02/2018 | Expenditure | | | Taxes & Licenses | CHECK | $5,673.13 |
| 01/02/2018 | Expenditure | | | Taxes & Licenses | CHECK | $4,210.61 |
| 01/02/2018 | Expenditure | | | Taxes & Licenses | CHECK | $8,384.44 |
| 01/02/2018 | Expenditure | | | Office Supplies | OFFICE DEPOT/MAX PURCHASE SERIAL OFFICE DEPOT/MAX PURCHASE SERIAL NUMBER: 1363 REF#1363 | $153.72 |
| 01/02/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1357 | $200.00 |
| 01/03/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $4,240.61 |
| 01/03/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $713.48 |
| 01/03/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $20,628.00 |
| 01/03/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1367 | $2,000.00 |
| 01/03/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1366 | $10,000.00 |
| 01/03/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1365 | $5,000.00 |
| 01/03/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1362 | $312.12 |
| 01/03/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1361 | $71.20 |
| 01/03/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1356 | $2,779.12 |
| 01/04/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $116,814.33 |
| 01/04/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $500,823.89 |
| 01/04/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1368 | $4,583.33 |
| 01/05/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1374 | $5,333.34 |
| 01/05/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1373 | $5,000.00 |
| 01/05/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1358 | $986.39 |
| 01/08/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $5,030.00 |
| 01/08/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1359 | $5,589.40 |
| 01/09/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1404 | $1,637.83 |
| 01/09/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1403 | $5,000.00 |
| 01/09/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1377 | $500.00 |
| 01/09/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1376 | $5,000.00 |
| 01/10/2018 | Expenditure | | | Unapplied Cash Bill Payment Expenditure | BROWNSTONE MORTG ACH #2022 AME Z BROWNSTONE MORTG ACH #2022 AME ZION | $4,739.79 |

1/2

EXHIBIT 7     PAGE 43

8/19/2021                     Expenditure Transactions

| Date | Type | No. Payee | Category | Memo | Total |
|------|------|-----------|----------|------|-------|
| 01/11/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1406 | $300.00 |
| 01/12/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1364 | $44.79 |
| 01/16/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1408 | $100.00 |
| 01/16/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1371 | $185.63 |
| 01/16/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1370 | $603.00 |
| 01/17/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1411 | $2,500.00 |
| 01/17/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1410 | $2,500.00 |
| 01/17/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1407 | $11,439.78 |
| 01/17/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1369 | $313.00 |
| 01/18/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1412 | $13,143.00 |
| 01/22/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1423 | $5,000.00 |
| 01/22/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1421 | $5,000.00 |
| 01/22/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1420 | $5,000.00 |
| 01/22/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1418 | $1,285.43 |
| 01/23/2018 | Expenditure | | Uncategorized Expense | OUT WIRE TRANSFER | $7,574.47 |
| 01/23/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1419 | $3,000.00 |
| 01/23/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1414 | $500.00 |
| 01/26/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1424 | $183.17 |
| 01/29/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1416 | $6,217.96 |
| 01/30/2018 | Expenditure | | Uncategorized Expense | OUT WIRE TRANSFER | $50,564.14 |
| 01/30/2018 | Expenditure | | Uncategorized Expense | OUT WIRE TRANSFER | $6,030.00 |
| 02/02/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1453 | $5,333.34 |
| 02/02/2018 | Expenditure | | First AME Zion LA CA | CHECK REF#1425 | $600.00 |

EXHIBIT 7     PAGE 44

8/19/2021                                              Expenditure Transactions

# Western Episcopal District

**Type: All transactions · Status: All statuses · Delivery method: Any · Date: 01/01/2018 - 02/28/2018**

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|------:|
| 02/06/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1456 | $1,666.67 |
| 02/06/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1455 | $4,166.67 |
| 02/07/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $3,667.50 |
| 02/08/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1460 | $5,000.00 |
| 02/08/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1454 | $550.00 |
| 02/12/2018 | Expenditure | | | Unapplied Cash Bill Payment Expenditure | BROWNSTONE MORTG ACH #2022 AME Z BROWNSTONE MORTG ACH #2022 AME ZION | $4,739.79 |
| 02/12/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1415 | $10,000.00 |
| 02/13/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1466 | $5,000.00 |
| 02/13/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1465 | $5,000.00 |
| 02/13/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1459 | $5,000.00 |
| 02/13/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1417 | $10,000.00 |
| 02/14/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1467 | $3,000.00 |
| 02/14/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1464 | $509.60 |
| 02/16/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1473 | $1,307.77 |
| 02/20/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1469 | $500.00 |
| 02/21/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1530 | $3,389.00 |
| 02/21/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1529 | $5,000.00 |
| 02/21/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1528 | $5,000.00 |
| 02/21/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1471 | $345.00 |
| 02/21/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1470 | $65.00 |
| 02/21/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1468 | $65.00 |
| 02/23/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $4,000.00 |
| 02/23/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1477 | $3,000.00 |
| 02/23/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1462 | $3,000.00 |
| 02/26/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $3,030.00 |
| 02/26/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1535 | $5,000.00 |
| 02/26/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1531 | $10,000.00 |
| 02/28/2018 | Expenditure | | | Uncategorized Expense | OUT WIRE TRANSFER | $25,137.66 |

1/2

EXHIBIT 7    PAGE 45

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 02/28/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1532 | $600.00 |
| 02/28/2018 | Expenditure | | | First AME Zion LA CA | CHECK REF#1457 | $4,166.67 |

EXHIBIT 7     PAGE 46

# EXHIBIT 8

**Fill in this information to identify the case:**

Debtor 1 _____AME ZION WESTERN EPISCOPAL DISTRICT_____

Debtor 2 _____AME ZION WESTERN EPISCOPAL DISTRICT_____
(Spouse, if filing)

United States Bankruptcy Court for the: ___EASTERN___ District of __CALIFORNIA__

Case number __20-23726_____

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 1. **Who is the current creditor?** | Department of Treasury - Internal Revenue Service | | |
| | Name of the current creditor (the person or entity to be paid for this claim) | | |
| | Other names the creditor used with the debtor _____ | | |
| 2. **Has this claim been acquired from someone else?** | [X] No | | |
| | ☐ Yes. From whom? _____ | | |
| 3. **Where should notices and payments to the creditor be sent?** | Where should notices to the creditor be sent? | | Where should payments to the creditor be sent? (if different) |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Internal Revenue Service | | Internal Revenue Service |
| | Name | | Name |
| | P.O. Box 7346 | | P.O. Box 7317 |
| | Number Street | | Number Street |
| | Philadelphia        PA        19101-7346 | | Philadelphia        PA        19101-7317 |
| | City State                      ZIP Code | | City State                      ZIP Code |
| | Contact phone  1-800-973-0424 | | Contact phone  1-800-973-0424 |
| | Contact email _____ | | Contact email _____ |
| | Creditor Number:  23106852 | | |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | | |
| | — — — — — — — — — — — — — — — — — — — — — — — — | | |
| 4. **Does this claim amend one already filed?** | [X] No | | |
| | ☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____ MM / DD / YYYY | | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | [X] No | | |
| | ☐ Yes.  Who made the earlier filing? _____ | | |

EXHIBIT 8    PAGE 47

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment _____  _____

**7. How much is the claim?**     $_____ 124,470.49 .   **Does this amount include interest or other charges?**

☐ No

☒ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The  claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:        *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:**        _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                    $_____

**Amount of the claim that is secured:**     $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☒ Yes. Identify the property: See Attachment _____

Official Form 410                **Proof of Claim**                page 2

EXHIBIT 8     PAGE 48

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____2,745.18 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    01/22/2021
                    MM / DD / YYYY

/s/RHONDA ROBERTS
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | RHONDA | | ROBERTS |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | Insolvency Group 3 4330 Watt SA 5210 | | |
| | Number Street | | |
| | Sacramento | CA | 95821 |
| | City | State | ZIP Code |
| Contact phone | (916) 974-5634 | Email | Rhonda.Roberts@irs.gov |

EXHIBIT 8    PAGE 49

# Proof of Claim for
# Internal Revenue Taxes



Form 410
Attachment

Department of the Treasury/Internal Revenue Service

**In the Matter of:** AME ZION WESTERN EPISCOPAL DISTRICT
AME ZION WESTERN EPISCOPAL DISTRICT
, A CALIFORNIA NON-PROFIT CORPORATI
2339 W HAMMER LANE STE C-153
STOCKTN, CA 95209

Case Number
20-23726

Type of Bankruptcy Case
CHAPTER  11

Date of Petition
07/30/2020

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights and is of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims**          under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX7820 | FUTA | 12/31/2017 | 1 D-ESTIMATED-SEE NOTE | $330.00 | $44.46 |
| XX-XXX7820 | EXEMPT OR | 12/31/2017 | 01/07/2019 | $0.00 | $1,783.08 |
| XX-XXX7820 | EXEMPT OR | 12/31/2018 | 09/14/2020 | $0.00 | $0.00 |
| XX-XXX7820 | FUTA | 12/31/2018 | 1 D-ESTIMATED-SEE NOTE | $357.92 | $28.72 |
| XX-XXX7820 | FUTA | 12/31/2019 | 1 D-ESTIMATED-SEE NOTE | $1.00 | $0.00 |
| XX-XXX7820 | EXEMPT OR | 12/31/2020 | 2 1-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| XX-XXX7820 | FUTA | 12/31/2020 | 2 D-ESTIMATED-SEE NOTE | $100.00 | $0.00 |
| | | | | $888.92 | $1,856.26 |

**Total Amount of Unsecured Priority Claims:**          $2,745.18

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX7820 | EXEMPT OR | 12/31/2016 | 01/07/2019 | $0.00 | $4,225.31 |
| | | | | $0.00 | $4,225.31 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$67,500.00
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$50,000.00

**Total Amount of Unsecured General Claims:**          $121,725.31

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.
2 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

EXHIBIT 8     PAGE 50

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | AME Zion Western Episcopal District |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of California ▾ |
| Case number | 20-23726 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Fisher Chapel African Methodist Episcopal Zion Church
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Thomas E. Starnes, Esq.
Name

5416 32nd Street, NW
Number      Street

Washington, DC 20015
City          State          ZIP Code

Contact phone  202-630-9948

Contact email  tomstarnes@starnespllc.com

Where should payments to the creditor be sent? (if different)

Fisher Chapel African Methodist Episcopal Zion Church
Name

1607 E. South Mountain Avenue
Number      Street

Phoenix, AZ 85042
City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

EXHIBIT 8     PAGE 51

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| 7. How much is the claim? | $ <u>Unknown</u> . Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br><u>Unlawful transfer and encumbrance of creditor congregation's real</u> property. |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:                    $_____<br>Amount of the claim that is secured:    $_____<br><br>Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:    $_____<br><br>Annual Interest Rate (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

EXHIBIT 8     PAGE 52

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

       **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:**   **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   **06 / 22 / 2021**
       MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Thomas | E. | Starnes |
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number    Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

EXHIBIT 8     PAGE 53

**Fill in this information to identify the case:**

Debtor 1    AME Zion Western Episcopal District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of California    [▼]

Case number   20-23726

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| 1. Who is the current creditor? | Stewart Tabernacle African Methodist Episcopal Zion Church |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Thomas E. Starnes, Esq.
Name
5416 32nd Street, NW
Number     Street
Washington, DC 20015
City                State            ZIP Code

Contact phone   202-630-9948

Contact email   tomstarnes@starnespllc.com

Where should payments to the creditor be sent? (if different)

Stewart Tabernacle African Methodist Episcopal
Name   Zion Church
2208 W. Martin Luther King Jr. Boulevard
Number     Street
Fresno, CA 93706
City                State            ZIP Code

Contact phone  _____

Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
                                                                                          MM  / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

EXHIBIT 8     PAGE 54

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| 7. **How much is the claim?** | $ Unknown_____ . **Does this amount include interest or other charges?**<br>     ☒ No<br>     ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Unlawful transfer and encumbrance of creditor congregation's real property. |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br>     **Nature of property:**<br>     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>     ☐ Motor vehicle<br>     ☐ Other. Describe: _____<br><br>     **Basis for perfection:** _____<br>     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>     Value of property:        $_____<br>     Amount of the claim that is secured:    $_____<br><br>     Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>     Amount necessary to cure any default as of the date of the petition:    $_____<br><br>     Annual Interest Rate (when case was filed)_____%<br>     ☐ Fixed<br>     ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                        **Proof of Claim**                        page 2

EXHIBIT 8     PAGE 55

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☒ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date   06 / 27 / 2021
          MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Thomas | E. | Starnes |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number    Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

EXHIBIT 8     PAGE 56

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | AME Zion Western Episcopal District |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number | 20-23726 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor: African Methodist Episcopal Zion Church
Other names the creditor used with the debtor: First AME Zion Church of Los Angeles

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Thomas E. Starnes, Esq.
5416 32nd Street, NW
Washington, DC 20015
Contact phone 202-630-9948
Contact email tomstarnes@starnespllc.com

Where should payments to the creditor be sent? (if different)
African Methodist Episcopal Zion Church
1449 W. Adams Boulevard
Los Angeles, CA 90007
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT 8     PAGE 57

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?

$ <u>Unknown</u>. Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Unlawful transfer and encumbrance of creditor congregation's real property.</u>

9. Is all or part of the claim secured?

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:        $_____

Amount of the claim that is secured:        $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☒ No

☐ Yes. Identify the property: _____

Official Form 410             Proof of Claim             page 2

EXHIBIT 8     PAGE 58

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | |
| | ☐ Yes. Check one: | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06 / 22 / 2021   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Thomas | E. | Starnes |
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number    Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

EXHIBIT 8    PAGE 59

**Fill in this information to identify the case:**

Debtor 1  AME Zion Western Episcopal District

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of California

Case number  20-23726

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Shiloh African Methodist Episcopal Zion Church Incorporated
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Thomas E. Starnes, Esq.
Name
5416 32nd Street, NW
Number   Street
Washington, DC 20015
City   State   ZIP Code
Contact phone  202-630-9948
Contact email  tomstarnes@starnespllc.com

Where should payments to the creditor be sent? (if different)
Shiloh African Methodist Episcopal Zion Church
Name   Incorporated
1023 S. Canyon Blvd.
Number   Street
Monrovia, CA 91016
City   State   ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                Proof of Claim                page 1

EXHIBIT 8     PAGE 60

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**

$ Unknown

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Unlawful transfer and encumbrance of creditor congregation's real property.

9. **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                           $_____

Amount of the claim that is secured:         $_____

Amount of the claim that is unsecured:  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:     $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.     $_____

11. **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Official Form 410                          Proof of Claim                               page 2

EXHIBIT 8     PAGE 61

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06 / 22 / 2021
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Thomas | E. | Starnes |
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number          Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

EXHIBIT 8     PAGE 62

**Fill in this information to identify the case:**

Debtor 1        AME Zion Western Episcopal District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of California

Case number    20-23726

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Greater Cooper A.M.E. Zion Church, Oakland, California |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☒ No |
| | ☐ Yes. From whom? |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Thomas E. Starnes, Esq.
Name
5416 32nd Street, NW
Number     Street
Washington, DC 20015
City                State            ZIP Code

Contact phone    202-630-9948
Contact email    tomstarnes@starnespllc.com

Where should payments to the creditor be sent? (if different)

Greater Cooper A.M.E. Zion Church, Oakland, California
Name
1420 Myrtle Street
Number     Street
Oakland, CA 94607
City                State            ZIP Code

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No |
| | ☐ Yes. Claim number on court claims registry (if known) _____      Filed on ____/____/____ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
| | ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                     Proof of Claim                          page 1

EXHIBIT 8    PAGE 63

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. How much is the claim?     $ <u>Unknown</u>____. Does this amount include interest or other charges?
    ☒ No
    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Unlawful transfer and encumbrance of creditor congregation's real property.</u>

9. Is all or part of the claim secured?

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____
Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☒ No
☐ Yes. Identify the property: _____

EXHIBIT 8     PAGE 64

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06 / 23 / 2021   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim: |
|---|---|

| Name | Thomas | E. | Starnes |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number    Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

Official Form 410          Proof of Claim          page 3

EXHIBIT 8     PAGE 65

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | AME Zion Western Episcopal District |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number | 20-23726 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

Stewart Chapel AME Zion Church of Redwood City
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Thomas E. Starnes, Esq.
Name
5416 32nd Street, NW
Number    Street
Washington, DC 20015
City          State          ZIP Code

Contact phone    202-630-9948
Contact email    tomstarnes@starnespllc.com

Where should payments to the creditor be sent? (if different)

Stewart Chapel AME Zion Church of Redwood City
Name
536 Hurligame Avenue
Number    Street
Redwood City, CA 94063
City          State          ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
          MM / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT 8     PAGE 66

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| 7. How much is the claim? | $ Unknown _____   Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Unlawful transfer and encumbrance of creditor congregation's real property. |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:            $_____<br>Amount of the claim that is secured:    $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:    $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                        Proof of Claim                        page 2

EXHIBIT 8     PAGE 67

12. Is all or part of the claim
    entitled to priority under
    11 U.S.C. § 507(a)?

A claim may be partly
priority and partly
nonpriority. For example,
in some categories, the
law limits the amount
entitled to priority.

☒ No

☐ Yes. Check one:　　　　　　　　　　　　　　　　　　　　　　　Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under
　 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).　　　　　　　　　　　　　　$_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for
　 personal, family, or household use. 11 U.S.C. § 507(a)(7).　　　$_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the
　 bankruptcy petition is filed or the debtor's business ends, whichever is earlier.
　 11 U.S.C. § 507(a)(4).　　　　　　　　　　　　　　　　　　　$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).　$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).　$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.　$_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:　Sign Below

The person completing
this proof of claim must
sign and date it.
FRBP 9011(b).

If you file this claim
electronically, FRBP
5005(a)(2) authorizes courts
to establish local rules
specifying what a signature
is.

A person who files a
fraudulent claim could be
fined up to $500,000,
imprisoned for up to 5
years, or both.
18 U.S.C. §§ 152, 157, and
3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the
amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
　　　　　　　　MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Thomas | E. | Starnes |
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number　Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | AME Zion Western Episcopal District |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number | 20-23726 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Kyles Temple African Methodist Episcopal Zion Church of Sacramento, California | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor has used with the debtor | |
| 2. Has this claim been acquired from someone else? | ☒ No ☐ Yes. From whom? | |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Thomas E. Starnes, Esq.<br>Name<br>5416 32nd Street, NW<br>Number      Street<br>Washington, DC 20015<br>City                State            ZIP Code<br><br>Contact phone  202-630-9948<br>Contact email  tomstarnes@starnespllc.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent?** (if different)<br><br>Kyles Temple African Methodist Episcopal Zion<br>Name  Church of Sacramento, California<br>2940 42nd Street<br>Number      Street<br>Sacramento, CA 95817<br>City                State            ZIP Code<br><br>Contact phone<br>Contact email |
| 4. Does this claim amend one already filed? | ☒ No ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on ___/___/___  MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No ☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                        Proof of Claim                        page 1

EXHIBIT 8    PAGE 69

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?**   $ Unknown _____ . **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Unlawful transfer and encumbrance of creditor congregation's real property.

9. **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

EXHIBIT 8     PAGE 70

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 06/22/2021
     MM / DD / YYYY

Signature _____

Print the name of the person who is completing and signing this claim:

| Name | Thomas | E. | Starnes |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Attorney at Law |
|---|---|

| Company | Starnes PLLC |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 5416 32nd Street, NW |
|---|---|
| | Number    Street |
| | Washington, DC 20015 |
| | City      State    ZIP Code |

| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |
|---|---|---|---|

EXHIBIT 8     PAGE 71

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | AME Zion Western Episcopal District |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of California ▼ |
| Case number | 20-23726 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | First African Methodist Episcopal Zion Church<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes.  From whom? _____ |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Thomas E. Starnes, Esq.
Name
5416 32nd Street, NW
Number      Street
Washington, DC 20015
City                          State                    ZIP Code

Contact phone   202-630-9948

Contact email   tomstarnes@starnespllc.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

First African Methodist Episcopal Zion Church
Name
95 S. 20th Street
Number      Street
San Jose, CA 95516
City                          State                    ZIP Code

Contact phone _____

Contact email _____

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____      Filed on ____ / ____ / ____<br>                                                                                          MM  / DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                              Proof of Claim                                    page 1

EXHIBIT 8     PAGE 72

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

---

6. Do you have any number you use to identify the debtor?

     ☒ No
     ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

---

7. How much is the claim?

     $ Unknown _____. Does this amount include interest or other charges?
         ☒ No
         ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. What is the basis of the claim?

     Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

     Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

     Limit disclosing information that is entitled to privacy, such as health care information.

     Unlawful transfer and encumbrance of creditor congregation's real property.

---

9. Is all or part of the claim secured?

     ☒ No
     ☐ Yes. The claim is secured by a lien on property.

         **Nature of property:**

         ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
         ☐ Motor vehicle
         ☐ Other. Describe: _____

         **Basis for perfection:** _____
         Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

         Value of property:            $_____
         Amount of the claim that is secured:    $_____

         Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

         Amount necessary to cure any default as of the date of the petition:    $_____

         Annual Interest Rate (when case was filed) _____%
         ☐ Fixed
         ☐ Variable

---

10. Is this claim based on a lease?

     ☒ No
     ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

---

11. Is this claim subject to a right of setoff?

     ☒ No
     ☐ Yes. Identify the property: _____

---

EXHIBIT 8    PAGE 73

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☒ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on date _06/22/2021_   MM / DD / YYYY |
| | _[signature]_ |
| | Signature |
| | Print the name of the person who is completing and signing this claim: |

| | | | |
|---|---|---|---|
| Name | Thomas | E. | Starnes |
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number          Street | | |
| | Washington, DC 20015 | | |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

Official Form 410                    Proof of Claim                    page 3

EXHIBIT 8     PAGE 74

EXHIBIT 8     PAGE 75

| Fill in this information to identify the case: |
|---|

Debtor 1    AME Zion Western Episcopal District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of California

Case number   20-23726

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

| 1. Who is the current creditor? | Miracle Mountain African Methodist Episcopal Zion Church |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Thomas E. Starnes, Esq. | Miracle Mountain African Methodist |
| | Name | Name |
| | 5416 32nd Street, NW | 2575 Vine Street |
| | Number   Street | Number   Street |
| | Washington   DC   20015 | Denver   CO   80205 |
| | City   State   ZIP Code | City   State   ZIP Code |
| | Contact phone 202-630-9948 | Contact phone |
| | Contact email tomstarnes@starnespllc.com | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |

| 4. Does this claim amend one already filed? | ☑ No | |
|---|---|---|
| | ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on ____ / ____ / ____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|
| | ☐ Yes. Who made the earlier filing? |

EXHIBIT 8     PAGE 76

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _Unknown_____ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>Unlawful transfer and encumbrance of creditor congregation's real property.</u>

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

EXHIBIT 8     PAGE 77

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/26/2021
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Thomas | E. | Stames |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | Starnes PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 5416 32nd Street, NW | | |
| | Number    Street | | |
| | Washington | DC | 20015 |
| | City | State | ZIP Code |
| Contact phone | 202-630-9948 | Email | tomstarnes@starnespllc.com |

**Fill in this information to identify the case:**

Debtor 1    AME Zion Western Episcopal District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of California

Case number   20-23726

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | The African Methodist Episcopal Zion Church, an unincorporated association headquartered in<br>Name of the current creditor (the person or entity to be paid for this claim)                   North Carolina<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Hagop T. Bedoyan<br>Name<br>7647 N. Fresno Street<br>Number        Street<br>Fresno             CA           93722<br>City                State              ZIP Code<br><br>Contact phone 559-433-1300<br>Contact email hagop.bedoyan@mccormickbarstow.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent? (if different)**<br><br>The African Methodist Episcopal Zion Church, an<br>Name   unincorporated association headquartered in<br>3225 W. Sugar Creek Road              North Carolina<br>Number        Street<br>Charlotte          NC           28269<br>City                State              ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____        Filed on ____ / ____ / ____<br>                                                                                       MM   / DD   / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                          Proof of Claim                          page 1

EXHIBIT 8     PAGE 79

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**   $ Unknown _____   **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Unlawful interference/conversion of its equitable interest in the local church properties that
   were unlawfully transferred to the Debtor.

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes.  The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                          $_____
   Amount of the claim that is secured:        $_____

   Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410                          **Proof of Claim**                          page 2

EXHIBIT 8    PAGE 80

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   07/06/2021
          MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Hagop T. Bedoyan | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney at Law | | |
| Company | McCormick Barstow LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 7647 N. Fresno Street | | |
| | Number     Street | | |
| | Fresno | CA | 93720 |
| | City | State | ZIP Code |
| Contact phone | 559-433-1300 | Email | hagop.bedoyan@mccormickbarstow.com |

**Fill in this information to identify the case:**

Debtor 1   AME Zion Western Episcopal District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Eastern District of California**

Case number: **20–23726**

**FILED**

**U.S. Bankruptcy Court**
**Eastern District of California**

7/22/2021

**Wayne Blackwelder, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** | |
|---|---|---|
| 1. **Who is the current creditor?** | ALAMEDA COUNTY TAX COLLECTOR | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | Alameda County Tax Collector |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>ALAMEDA COUNTY TAX COLLECTOR<br><br>Name<br><br>1221 OAK STREET, ROOM 131<br>OAKLAND CA 94612<br><br><br>Contact phone     5102726847<br><br>Contact email<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br> jack.wong@acgov.org | Where should payments to the creditor be sent? (if different)<br>1221 Oak Street, Room 131<br><br>Name<br><br><br><br><br><br>Contact phone<br><br>Contact email |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)      Filed on     <br>                         MM / DD / YYYY | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? | |

Official Form 410                         Proof of Claim                         page 1

EXHIBIT 8     PAGE 82

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $      3549.86 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Taxes on Account# 00–243951 (six tax bills from 2015–16 to 2020–21) |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $ _____<br><br>**Amount of the claim that is secured:**   $ _____<br><br>**Amount of the claim that is unsecured:**   $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>**Annual Interest Rate** (when case was filed)   _____ %<br><br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                    Proof of Claim                    page 2

EXHIBIT 8    PAGE 83

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | |
|---|---|---|
| | ☐ No ☑ Yes. *Check all that apply*: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 3549.86 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.** | Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date    7/22/2021
             MM / DD / YYYY

/s/ Jack Wong

Signature

Print the name of the person who is completing and signing this claim:

Name      Jack Wong
         First name    Middle name    Last name

Title      Deputy

Company      Alameda County Tax Collector
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address      1221 Oak Street, Room 131
         Number   Street

Oakland, CA 94612
         City   State   ZIP Code

Contact phone    5102726847      Email _____

EXHIBIT 8    PAGE 84

**2015-16**

08/22/21          Case 20-23726          Claim 32-1

**2015-16**
For Fiscal Year Beginning July 1, 2015 and Ending June 30, 2016

## ALAMEDA COUNTY
## UNSECURED PROPERTY TAX STATEMENT
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
**(510) 272-6800**

D U P L I C A T E

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-243951-00-000-15-00-00 | 39-3275-14-1 | 17-045 |

Location of Property
2814 HAVENSCOURT BL OAKLAND
Assessed to on January 1, 2015
VARICK CENTER AME ZION CHURCH

VARICK CENTER AME ZION CHURCH
C/O CLARENCE HAM
2814 HAVENSCOURT BL 000
OAKLAND CA 94605-2023

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 258.50 |
| CITY OF OAKLAND 1 | .2042% | 52.80 |
| SCHOOL UNIFIED | .1745% | 45.10 |
| SCHOOL COMM COLL | .0412% | 10.65 |
| BAY AREA RAPID TRANSIT | .0045% | 1.16 |
| EAST BAY REGIONAL PARK | .0085% | 2.19 |
| EBMUD SPEC DIST 1 | .0047% | 1.21 |
| | | |
| TOTAL | 1.4376% | 371.61 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| COST OF COLLECTION | |
| DELINQUENT PENALTY | 37.16 |
| PENALTY MONTHS   57 | |
| MONTHLY PENALTY | 317.49 |
| FIXED COSTS | |
| TAX COLLECTOR FEES | 50.00 |
| TAX COLLECTOR INTEREST | |
| ESCAPE INTEREST | |
| TOTAL OTHER CHARGES | 404.65 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | | | |
| PERSONAL PROPERTY | 25,850 | | |
| GROSS ASSESSMENT & TAX | 25,850 | 1.4376% | 371.61 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 25,850 | 1.4376% | 371.61 |
| | | | |
| | | | 371.61 |
| SUBTOTAL | | | 776.26 |
| TOTAL AMOUNT DUE | | | ¢776.26 |

### PLEASE READ IMPORTANT MESSAGES

Tax bill is for personal property and/or trade fixtures.

$  FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $33.78 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

 ECHECK ACCEPTED
ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

### PLEASE SEE REVERSE FOR MORE INFORMATION

Business Property Valuation
(510) 272-3836
Tax Rates
(510) 272-6564
Possessory Interest / ILL
(510) 272-3787
Boats and Aircraft
(510) 272-3838
Homeowner/Other Exemptions
(510) 272-6587
Payments
(510) 272-6800

### General Information

Ownership of property on the  January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $ 50.00  delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

**A fee of $ 61.00 will be imposed on all returned or dishonored payments.**

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

### UNSECURED ROLL TAX PAYMENT STUB
## FISCAL YEAR 2015-16

| | |
|---|---|
| ASSESSEE ACCOUNT NUMBER | 00-243951-00-000-15-00-00 |
| PARCEL NUMBER | 39-3275-14-1 |
| PAY THIS AMOUNT BY JUL 31, 2020 | ¢776.26 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

32007 12439510000 8000150000 00000077626 4

Form 114-USTB (rev.11/05)

EXHIBIT 8     PAGE 85

Filed 07/22/21      Case 20-23726      Claim 32-1

## 2016-17
For Fiscal Year Beginning July 1, 2016 and Ending June 30, 2017

**ALAMEDA COUNTY**
**UNSECURED PROPERTY TAX STATEMENT**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
**(510) 272-6800**

D U P L I C A T E

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-243951-00-000-16-00-00 | 39-3275-14-1 | 17-045 |

Location of Property
2814 HAVENSCOURT BL OAKLAND
Assessed to on January 1, 2016
VARICK CENTER AME ZION CHURCH

VARICK CENTER AME ZION CHURCH
C/O CLARENCE HAM
2814 HAVENSCOURT BL 000
OAKLAND CA 94605-2023

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000X | 281.51 |
| CITY OF OAKLAND 1 | .1651X | 46.50 |
| SCHOOL UNIFIED | .1559X | 43.52 |
| SCHOOL COMM COLL | .0337X | 9.48 |
| BAY AREA RAPID TRANSIT | .0026X | .73 |
| EAST BAY REGIONAL PARK | .0067X | 1.88 |
| EBMUD SPEC DIST 0 | .0034X | .95 |
| | | |
| TOTAL | 1.3654X | 384.37 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| COST OF COLLECTION | |
| DELINQUENT PENALTY | 38.43 |
| PENALTY MONTHS  45 | |
| MONTHLY PENALTY | 259.20 |
| FIXED COSTS | |
| TAX COLLECTOR FEES | 50.00 |
| TAX COLLECTOR INTEREST | |
| ESCAPE INTEREST | |
| TOTAL OTHER CHARGES | 347.63 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | | | |
| PERSONAL PROPERTY | 28,151 | | |
| GROSS ASSESSMENT & TAX | 28,151 | 1.3654X | 384.37 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 28,151 | 1.3654X | 384.37 |
| | | | 384.37 |
| SUBTOTAL | | | 732.00 |
| TOTAL AMOUNT DUE | | | $732.00 |

---

### PLEASE READ IMPORTANT MESSAGES

☞ ** URGENT REMINDER ** UNPAID PRIOR YEAR TAXES, CALL (510)272-6800.

Tax bill is for personal property and/or trade fixtures.

$ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $34.94 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

 ECHECK ACCEPTED ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800, A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

### PLEASE SEE REVERSE FOR MORE INFORMATION

☏ Business Property Valuation
(510) 272-3836
☏ Tax Rates
(510) 272-6564
☏ Possessory Interest / ILL
(510) 272-3787
☏ Boats and Aircraft
(510) 272-3838
☏ Homeowner/Other Exemptions
(510) 272-6587
☏ Payments
(510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes, the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and $ 50.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

**A fee of $ 61.00 will be imposed on all returned or dishonored payments.**

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

UNSECURED ROLL TAX PAYMENT STUB
**FISCAL YEAR 2016-17**

| ASSESSEE ACCOUNT NUMBER | 00-243951-00-000-16-00-00 |
|---|---|
| PARCEL NUMBER | 39-3275-14-1 |
| **PAY THIS AMOUNT BY JUL 31, 2020** | $732.00 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

32007 12439510000 6000160000 80000073200 4

Form 114-USTB (rev.11/05)

EXHIBIT 8     PAGE 86

Filed 09/22/21          Case 20-23726          Claim 32-1

**2017-18**
For Fiscal Year Beginning July 1, 2017 and Ending June 30, 2018

**ALAMEDA COUNTY**
**UNSECURED PROPERTY TAX STATEMENT**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
**(510) 272-6800**

D U P L I C A T E

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-243951-00-000-17-00-00 | 39-3275-14-1 | 17-045 |

Location of Property
2814 HAVENSCOURT BLVD OAKLAND
Assessed to on January 1, 2017
VARICK CENTER AME ZION CHURCH

VARICK CENTER AME ZION CHURCH
C/O CLARENCE HAM
2814 HAVENSCOURT BLVD 000
OAKLAND CA 94605-2023

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| COST OF COLLECTION | |
| DELINQUENT PENALTY | 35.06 |
| PENALTY MONTHS   33 | |
| MONTHLY PENALTY | 173.25 |
| FIXED COSTS | |
| TAX COLLECTOR FEES | 50.00 |
| TAX COLLECTOR INTEREST | |
| ESCAPE INTEREST | |
| TOTAL OTHER CHARGES | 258.31 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | | | |
| PERSONAL PROPERTY | 25,958 | | |
| GROSS ASSESSMENT & TAX | 25,958 | 1.3508X | 350.64 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 25,958 | 1.3508X | 350.64 |
| | | | 350.64 |
| SUBTOTAL | | | 608.95 |
| TOTAL AMOUNT DUE | | | $608.95 |

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000X | 259.58 |
| CITY OF OAKLAND 1 | .1961X | 50.93 |
| SCHOOL UNIFIED | .1151X | 29.87 |
| SCHOOL COMM COLL | .0256X | 6.64 |
| BAY AREA/RAPID TRANSIT | .0080X | 2.07 |
| EAST BAY REGIONAL PARK | .0032X | .83 |
| EBMUD SPEC DIST 1 | .0028X | .72 |
| TOTAL | 1.3508X | 350.64 |

### PLEASE READ IMPORTANT MESSAGES

☞ ** URGENT REMINDER ** UNPAID PRIOR YEAR TAXES, CALL 510-272-6800

$ Tax bill is for personal property and/or trade fixtures.

$ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT. $31.86 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

ECHECK ACCEPTED
ONLINE @ www.acgov.org/propertytax/

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

### PLEASE SEE REVERSE FOR MORE INFORMATION

☎ Business Property Valuation (510) 272-3836
☎ Tax Rates (510) 272-6564
☎ Possessory Interest / ILL (510) 272-3787
☎ Boats and Aircraft (510) 272-3838
☎ Homeowner/Other Exemptions (510) 272-6587
☎ Payments (510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $50.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

A fee of $61.00 will be imposed on all returned or dishonored payments.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

UNSECURED ROLL TAX PAYMENT STUB
**FISCAL YEAR 2017-18**

| ASSESSEE ACCOUNT NUMBER | 00-243951-00-000-17-00-00 |
|---|---|
| PARCEL NUMBER | 39-3275-14-1 |
| PAY THIS AMOUNT BY JUL 31, 2020 | $608.95 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

D U P L I C A T E
Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

32007 12439510000 4000170000 00000060895 4

Form 114-USTB (rev.11/05)

EXHIBIT 8     PAGE 87

Filed 07/22/21                    Case 20-23726                         Claim 32-1

# 2018-19

For Fiscal Year Beginning July 1, 2018 and Ending June 30, 2019

## ALAMEDA COUNTY
## UNSECURED PROPERTY TAX STATEMENT

Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
**(510) 272-6800**

D U P L I C A T E

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-243951-00-000-18-00-00 | 39-3275-14-1 | 17-045 |

Location of Property
2814 HAVENSCOURT BLVD OAKLAND
Assessed to on January 1, 2018
VARICK CENTER AME ZION CHURCH

VARICK CENTER AME ZION CHURCH
C/O CLARENCE HAM
2814 HAVENSCOURT BLVD 000
OAKLAND CA 94605-2023

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000X | 282.68 |
| CITY OF OAKLAND | .2045X | 57.82 |
| SCHOOL UNIFIED | .1015X | 28.69 |
| SCHOOL COMM COLL | .0310X | 8.76 |
| BAY AREA RAPID TRANSIT | .0084X | 2.37 |
| EAST BAY REGIONAL PARK | .0021X | .59 |
| EBMUD SPEC DIST | .0011X | .31 |
| TOTAL | 1.3486X | 381.22 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| COST OF COLLECTION | |
| DELINQUENT PENALTY | 38.12 |
| PENALTY MONTHS   21 | |
| MONTHLY PENALTY | 119.91 |
| FIXED COSTS | |
| TAX COLLECTOR FEES | 50.00 |
| TAX COLLECTOR INTEREST | |
| ESCAPE INTEREST | |
| TOTAL OTHER CHARGES | 208.03 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | | | |
| PERSONAL PROPERTY | 28,268 | 1.3486X | 381.22 |
| GROSS ASSESSMENT & TAX | 28,268 | 1.3486X | 381.22 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 28,268 | 1.3486X | 381.22 |
| | | | 381.22 |
| SUBTOTAL | | | 589.25 |
| **TOTAL AMOUNT DUE** | | | **$589.25** |

### PLEASE READ IMPORTANT MESSAGES

☞ ** URGENT REMINDER ** UNPAID PRIOR YEAR TAXES, CALL 510-272-6800

Tax bill is for personal property and/or trade fixtures

$ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $34.64 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT

ECHECK ACCEPTED
ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TOTAL AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

### PLEASE SEE REVERSE FOR MORE INFORMATION

☎ Business Property Valuation
(510) 272-3836
☎ Tax Rates
(510) 272-6564
☎ Possessory Interest / ILL
(510) 272-3787
☎ Boats and Aircraft
(510) 272-3836
☎ Homeowner/Other Exemptions
(510) 272-6587
☎ Payments
(510) 272-6800

### General Information

Ownership of property on the   January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes, the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill.  If the taxes are not paid, a 10% delinquent penalty and a $ 50.00  delinquent fee attaches at 5 p.m. on the date indicated on the stub.  If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit.  Do not mail cash.

**A fee of $ 61.00 will be imposed on all returned or dishonored payments.**

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named.  The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

### UNSECURED ROLL TAX PAYMENT STUB
## FISCAL YEAR 2018-19

| ASSESSEE ACCOUNT NUMBER | 00-243951-00-000-18-00-00 |
|---|---|
| PARCEL NUMBER | 39-3275-14-1 |
| **PAY THIS AMOUNT BY JUL 31, 2020** | $589.25 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

D U P L I C A T E

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

32007 12439510000 2000180000 90000058925 4

Form 114-USTB (rev.11/05)

EXHIBIT 8     PAGE 88

**2019-20**

Filed 07/22/21          Case 20-23726          Claim 32-1

For Fiscal Year Beginning July 1, 2019 and Ending June 30, 2020

## ALAMEDA COUNTY
## UNSECURED PROPERTY TAX STATEMENT

Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
**(510) 272-6800**

DUPLICATE

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-243951-00-000-19-00-00 | 39-3275-14-1 | 17-045 |

Location of Property
2814 HAVENSCOURT BLVD OAKLAND
Assessed to on January 1, 2019
VARICK CENTER AME ZION CHURCH

VARICK CENTER AME ZION CHURCH
C/O CLARENCE HAM
2814 HAVENSCOURT BLVD 000
OAKLAND CA 94605-2023

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000X | 259.58 |
| COUNTY GO BOND | .0112X | 2.94 |
| CITY OF OAKLAND | .1982X | 51.44 |
| SCHOOL UNIFIED | .1176X | 30.52 |
| SCHOOL COMM COLL | .0269X | 6.98 |
| BAY AREA RAPID TRANSIT | .0070X | 1.81 |
| EAST BAY REGIONAL PARK | .0057X | 1.47 |
| TOTAL | 1.3666X | 354.74 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| COST OF COLLECTION | |
| DELINQUENT PENALTY | 35.47 |
| PENALTY MONTHS      9 | |
| MONTHLY PENALTY | 47.88 |
| FIXED COSTS | |
| TAX COLLECTOR FEES | 50.00 |
| TAX COLLECTOR INTEREST | |
| ESCAPE INTEREST | |
| TOTAL OTHER CHARGES | 133.35 |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | | | |
| PERSONAL PROPERTY | 25,958 | | |
| GROSS ASSESSMENT & TAX | 25,958 | 1.3666X | 354.74 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 25,958 | 1.3666X | 354.74 |
| | | | 354.74 |
| SUBTOTAL | | | 488.09 |
| TOTAL AMOUNT DUE | | | $488.09 |

### PLEASE READ IMPORTANT MESSAGES

☞ ** URGENT REMINDER ** UNPAID PRIOR YEAR TAXES, CALL 510-272-6800

☞ Tax bill is for personal property and/or trade fixtures.

☞ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $32.23 OF THE TOTAL ATTRIBUTABLE TO THE PENALTY ASSESSMENT

ECHECK ACCEPTED
ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TOTAL AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

### PLEASE SEE REVERSE FOR MORE INFORMATION

☏ **Business Property Valuation**
(510) 272-3836
☏ **Tax Rates**
(510) 272-6564
☏ **Possessory Interest / ILL**
(510) 272-3787
☏ **Boats and Aircraft**
(510) 272-3838
☏ **Homeowner/Other Exemptions**
(510) 272-6587
☏ **Payments**
(510) 272-6800

Form 114-USTB (rev.11/05)

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes, the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $50.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

**A fee of $ 61.00 will be imposed on all returned or dishonored payments.**

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

UNSECURED ROLL TAX PAYMENT STUB
**FISCAL YEAR 2019-20**

| ASSESSEE ACCOUNT NUMBER | 00-243951-00-000-19-00-00 |
|---|---|
| PARCEL NUMBER | 39-3275-14-1 |
| PAY THIS AMOUNT BY JUL 31, 2020 | $488.09 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

DUPLICATE

Make checks payable to: Henry C. Levy, Tax Collector, Alameda County

32007 12439510000 0000190000 80000048809 4

EXHIBIT 8     PAGE 89

Filed 07/22/21      Case 20-23726      Claim 32-1

**2020-21**
For Fiscal Year Beginning July 1, 2020 and Ending June 30, 2021

**ALAMEDA COUNTY**
**UNSECURED PROPERTY TAX STATEMENT**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612
**(510) 272-6800**

D U P L I C A T E

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-243951-00-000-20-00-00 | 39-3275-14-1 | 17-045 |

Location of Property
2814 HAVENSCOURT BLVD OAKLAND
Assessed to on January 1, 2020
VARICK CENTER AME ZION CHURCH

VARICK CENTER AME ZION CHURCH
C/O CLARENCE HAM
2814 HAVENSCOURT BLVD 000
OAKLAND CA 94605-2023

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

### Other Charges

| Description | Amount |
|---|---|
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | | | |
| PERSONAL PROPERTY | 25,958 | | |
| GROSS ASSESSMENT & TAX | 25,958 | 1.3688% | 355.31 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 25,958 | 1.3688% | 355.31 |
| | | | 355.31 |
| SUBTOTAL | | | 355.31 |
| TOTAL AMOUNT DUE | | | $355.31 |

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 259.58 |
| COUNTY GO BOND | .0108% | 2.83 |
| CITY OF OAKLAND 1 | .1975% | 51.26 |
| SCHOOL UNIFIED | .1168% | 30.31 |
| SCHOOL COMM COLL | .0257% | 6.67 |
| BAY AREA RAPID TRANSIT | .0120% | 3.11 |
| EAST BAY REGIONAL PARK | .0060% | 1.55 |
| TOTAL | 1.3688% | 355.31 |

*(watermark: UNPAID PRIOR YEAR TAXES DUE)*

### PLEASE READ IMPORTANT MESSAGES

☞ ** URGENT REMINDER ** UNPAID PRIOR YEAR TAXES, CALL 510-272-6800

☞ Tax bill is for personal property and/or trade fixtures.

$ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $32.28 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

ECHECK ACCEPTED
ONLINE @ www.acgov.org/propertytax/.

VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS CREDIT CARDS ACCEPTED ONLINE @ www.acgov.org/propertytax/ OR BY PHONE (510)272-6800. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

SUBSCRIBE TO RECEIVE E-MAIL ALERTS ABOUT IMPORTANT PROPERTY TAX DATES ONLINE @ www.acgov.org/propertytax/

### PLEASE SEE REVERSE FOR MORE INFORMATION

 Business Property Valuation
(510) 272-3836
☎ Tax Rates
(510) 272-6564
☎ Possessory Interest / ILL
(510) 272-3787
☎ Boats and Aircraft
(510) 272-3838
☎ Homeowner/Other Exemptions
(510) 272-6587
☎ Payments
(510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $ 50.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash.

**A fee of $ 61.00 will be imposed on all returned or dishonored payments.**

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

**UNSECURED ROLL TAX PAYMENT STUB**
## FISCAL YEAR 2020-21

ASSESSEE ACCOUNT NUMBER | 00-243951-00-000-20-00-00

PARCEL NUMBER | 39-3275-14-1

PAY THIS AMOUNT BY JUL 31, 2020 | $355.31

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

D U P L I C A T E

Make checks payable to: Henry C. Levy; Tax Collector, Alameda County

32007 12439510000 8000200000 30000035531 4

Form 114-USTB (rev.11/05)

EXHIBIT 8     PAGE 90

**Fill in this information to identify the case:**

Debtor 1    AME Zion Western Episcopal District

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of California

Case number   20-23726

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| 1. **Who is the current creditor?** | AME Zion Church of Palo Alto, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.  From whom? |

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| | c/o Mayer Brown LLP Attn: Monique Mulcare | AME Zion Church of Palo Alto, Inc. Attn: Pastor Kaloma A. Smith |
| | Name | Name |
| | 1221      Avenue of the Americas | 3549 Middlefield Road |
| | Number      Street | Number      Street |
| | New York          NY        10020 | Palo Alto          CA        94306 |
| | City          State      ZIP Code | City          State      ZIP Code |
| | Contact phone  212-506-2181 | Contact phone  650-272-6742 |
| | Contact email  MMulcare@mayerbrown.com | Contact email  pastor@universityamez.com |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| 4. **Does this claim amend one already filed?** | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____          Filed on _____<br>                                                                                                    MM / DD / YYYY |
| --- | --- |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

EXHIBIT 8     PAGE 91

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |

| | | |
|---|---|---|
| 7. | **How much is the claim?** | $_____ $11,400,000.00   **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Value of real property located at 3549 Middlefield Rd., Palo Alto, CA 94306. |

| | | |
|---|---|---|
| 9. | **Is all or part of the claim secured?** | ☑ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**        $_____<br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |

| | | |
|---|---|---|
| 10. | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |

| | | |
|---|---|---|
| 11. | **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410              **Proof of Claim**              page 2

EXHIBIT 8     PAGE 92

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   07/23/2021
                MM / DD / YYYY

      /s/ Monique Mulcare
        Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Monique | | Mulcare |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Counsel | | |
| Company | Mayer Brown LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1221 | Avenue of the Americas | |
| | Number | Street | |
| | New York | NY | 10020 |
| | City | State | ZIP Code |
| Contact phone | 212-506-2181 | Email | MMulcare@mayerbrown.com |

EXHIBIT 8     PAGE 93